

# NUMBER 13-21-00048-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **AARON MALONE,**<br>**TDCJ NO. 1697643,** | **Appellant,** |
| **v.** | |
| **TEXAS DEPARTMENT OF**<br>**CRIMINAL JUSTICE, ET AL.,** | **Appellees.** |

### On appeal from 36th District Court
### of Bee County, Texas.

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Tijerina**
**Order Per Curiam**

Before the court are appellant's amended motions to waive the cost of the clerk's and reporter's record, to charge cost to inmate trust account, and for an extension of time to file the appellate record. The appellate record is now past due and, on April 6, 2021,

the clerk of the court received notice from the district clerk's office that appellant has not arranged to pay for the clerk's record.

Accordingly, we now ABATE this appeal and REMAND the cause to the trial court for further proceedings. Upon remand, the trial court shall immediately cause notice of a hearing to be given and, thereafter, conduct a hearing to determine the following:

1. Whether appellant is indigent;

2. Whether appellant is entitled to a free appellate record due to indigency; and

3. Whether appellant has been provided a complete copy of the appellate record.

If the trial court determines that appellant is indigent and entitled to a free appellate record, the trial court shall make any orders necessary to ensure appellant has the opportunity to fully examine the appellate record. Additionally, appellant's motions to waive the costs and motion to extend time to file clerk's and reporter's record are CARRIED with the case.

The trial court shall cause its findings and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of proceedings to be prepared. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court on or before the expiration of thirty days from the date of this order.

PER CURIAM

Delivered and filed the
25th day of May, 2021.

2